IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01729

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. $3,476.00 in United States Currency,
2. $2,432.00 in United States Currency;

    Defendants.

_____

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***
_____

The United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Tonya S. Andrews, pursuant to Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Claims G(2), states:

JURISDICTION AND VENUE

1. The United States of America (the "United States") has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. §§ 881(a)(6), seeking forfeiture of defendant property based upon violations of 21 U.S.C. § 801 *et seq.* This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2. Venue is proper under 21 U.S.C. § 881(j) and 28 U.S.C. § 1395, as the acts described herein occurred, in the District of Colorado.

DEFENDANT PROPERTY

3. Defendant property is more fully described as:

a. $3,476.00 in United States currency ("defendant $3,476.00 in U.S. currency"), seized on January 31, 2020 from 32700 Highway 6, Trailer #367, Edwards, Colorado. Defendant $3,476.00 in U.S. currency is currently being held by the United States Marshals Service in Denver, Colorado.

b. $2,432.00 in United States currency ("defendant $2,432.00 in U.S. currency"), seized on January 31, 2020 from 32700 Highway 6, Trailer #367, Edwards, Colorado. Defendant $2,432.00 in U.S. currency is currently being held by the United States Marshals Service in Denver, Colorado.

FACTUAL BASIS FOR FORFEITURE

4. Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

5. The Gore Range Narcotics Interdiction Team (GRANITE), which is part of the Eagle County Sheriff's Office (ECSO), assisted with the Drug Enforcement Administration (DEA) and initiated an investigation into a suspected drug trafficking organization (DTO) in Edwards, Colorado.

6. In August of 2019, the DEA and ECSO, on multiple occasions, met with and interviewed a Source of Information (SOI) in reference to the investigation. The SOI identified trailer #367 in the Eagle River Village, 32700 Highway 6, Edwards, Colorado as a possible stash location for methamphetamine and identified Jose Luis Contreras as the boss for the stash house. The SOI also reported being present in this trailer in the past

and observed large amounts of methamphetamine and guns.

7. Jose Luis Contreras is believed to be Jose Luis Contreras Galvez and currently using an aka of Jose Palos Galvez.

8. A check with the Colorado Department of Labor showed no wage history for Contreras' associated social security number.

9. In October of 2019, a surveillance camera was placed on an electrical pole along Highway 6. Investigators observed numerous vehicles that would stop in front of the trailer, the occupant(s) of the vehicle would meet with Contreras in front of trailer #367 for a short period of time, and then drive away. Investigators noted that this type of activity is consistent with drug transactions.

10. On January 31, 2020, the GRANITE drug task force and DEA conducted a trash pull at trailer #367 in the Eagle River Village. Investigators found a receipt showing a monetary transfer of $1,500.00 to Jose Luis Contreras Hernandez in Tayahua, Zacatecas, Mexico; two gallon-sized ziplock bags; numerous pieces of tin foil and an empty bottle of Inositol. A wipe field test of the ziplock bags, tin foil and Inositol indicated the presence of cocaine on those items. The Inositol is a commonly used cutting agent for cocaine. A cutting agent is a substance added to illegal drugs to increase the amount of drugs and allow a drug distributor to make a greater profit.

11. Based off the information from the SOI, Contreras likely had ties to "the Zetas," a high-level Mexican drug trafficking organization known for violent crimes, from Tayahua, Zacatecas, Mexico; the same location noted on the money transfer receipt that was found in the trash.

### 32700 U.S. HIGHWAY 6, TRAILER #367, EDWARDS, COLORADO

12. On January 31, 2020, investigators executed a search warrant at 32700 U.S. Highway 6, trailer #367, Edwards, Colorado, the residence of Jose Luis Contreras Galvez.

13. Prior to the initiation of the search, a maroon Dodge Ram, bearing Colorado license plate FZO690 entered the north side of trailer #367 in the Eagle River Village. It was being driven by Jose Luis Contreras Galvez. Detectives arrested Contreras based on an outstanding arrest warrant from 2003. Contreras denied knowledge of the warrant and stated that he did not want to answer any questions.

14. During the execution of the search, Perla Ochoa identified a bedroom on the eastern side of the residence as a bedroom shared by her and Contreras Galvez. Ochoa was asked by law enforcement officers if she knew if there were any drugs in the house and where the drugs would be located. Ochoa denied knowledge of any drugs inside the residence.

15. Within this residence, investigators found approximately: four small "8 ball" sized packages of suspected cocaine; fourteen ounce-sized packages of suspected cocaine; various other smaller packages of suspected cocaine; a kilo-sized package of suspected narcotics; a gallon Ziploc bag with loose white powder; a Ziploc bag of bundled U.S. currency in a hidden compartment in the master bedroom closet; and defendant $3,476.00 in U.S. currency. All items were located in the bedroom shared by Contreras and Ochoa shared.

16. Officers also searched the Dodge Ram being driven by Jose Luis Contreras.

In a backpack located in the backseat, officers found approximately five small "8 ball" sized packages, containing suspected cocaine and four ounce-sized packages, containing suspected cocaine. Defendant $2,432.00 in U.S. currency was found in the center console.

17. A GMC Canyon bearing Colorado license plate ACQM84, registered to Perla Ochoa Trevizo, was also found on the property. Within this vehicle, a small-sized package containing suspected cocaine and a Mexican passport belonging to Jose Antonio Palos Galvez were located.

18. Ochoa has a reported average yearly income of $29,139.00 for 2017, 2018, and 2019.

19. Contreras plead guilty to possession with intent to distribute a Controlled Substance, a drug felony Class 1. A check with the Colorado Department of Labor showed no wage history for his social security number.

20. Based on facts and circumstances described above, evidence shows that the defendant assets were derived from, or involved in illegal drug trafficking.

<u>VERIFICATION OF DAVID SMITH</u>
<u>SPECIAL AGENT, DRUG ENFORCEMENT ADMINISTRATION</u>

I, Special Agent David Smith, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

5

*[signature]*
David Smith
Special Agent- DEA

## FIRST CLAIM FOR RELIEF

21. The Plaintiff repeats and incorporates by reference the paragraphs above.

22. By the foregoing and other acts, defendant $3,476.00 in U.S. currency constitutes moneys furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of this subchapter, in violation of 21 U.S.C. § 801, et seq., proceeds traceable to such an exchange, and moneys used or intended to be used to facilitate such a violation, and therefore is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

## SECOND CLAIM FOR RELIEF

23. The Plaintiff repeats and incorporates by reference the paragraphs above.

24. By the foregoing and other acts, defendant $2,432.00 in U.S. currency, constitutes moneys furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of this subchapter, in violation of 21 U.S.C. § 801, et seq., proceeds traceable to such an exchange, and moneys used or intended to be used to facilitate such a violation, and therefore is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States prays for entry of a final order of forfeiture for the Defendant property in favor of the United States, that the United States be authorized to dispose of the defendant property in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate

of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 12th day of June 2020.

                                        Respectfully submitted,

                                        JASON R. DUNN
                                        United States Attorney

By: s/*Tonya S. Andrews*
      Tonya S. Andrews
      Assistant United States Attorney
      1801 California Street, Ste. 1600
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      Fax: (303) 454-0402
      E-mail: tonya.andrews@usdoj.gov
      *Attorney for Plaintiff*